BRILL LEGAL GROUP, P.C.
Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

July 27, 2026

**Via Email**
Hon. Naomi Reice Buchwald
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** ***United States* v. *Leah Mathieu***
26 Cr. 137 (NRB)

Dear Judge Buchwald:

I represent Leah Mathieu in the above-referenced matter. Ms. Mathieu is currently scheduled for sentencing on August 27, 2026.

With the consent of the government and the Probation Department, I am respectfully asking for a brief adjournment of sentencing as I will be out of the office that week. AUSA Dell has asked me to request an adjournment to the week of September 14. If the Court is available that week, I respectfully request the afternoon of either September 14 or 15, or any time on September 16.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

Application granted. The sentencing previously scheduled for August 27, 2026 is hereby rescheduled to September 15, 2026 at 12:30 p.m. Defendant's sentencing submission shall be filed no later than August 17, 2026. The Government's sentencing submission shall be filed no later than August 31, 2026.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: July 28, 2026
New York, New York