BRILL LEGAL GROUP P.C.

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

September 16, 2026

**Via ECF**
Hon. Naomi Reice Buchwald
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

In the absence of proof that Ms. Mathieu has informed the military of her felony conviction, the Court declines her request for permission to travel to North Carolina.

SO ORDERED.

Dated: Sept. 16, 2026
New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

**Re:** ***United States* v. *Leah Mathieu***
26 Cr. 137 (NRB)

Dear Judge Buchwald:

I write to provide an update to the Court on my request to allow Ms. Mathieu to travel for military training from September 16 to the 26th in Goose Creek, South Carolina.

As previously noted, Ms. Mathieu called and then appeared at EDNY Probation in Central Islip and spoke with a supervisor there. They informed her that EDNY has not received her case from SDNY yet and so she could not be processed, but her call this morning and her appearance did satisfy her Probation reporting condition. Probation also informed her that without an order from the Court, she could not travel at this time.

Probation requested that Ms. Mathieu provide proof that she remained employed by the military following her sentencing, which she is endeavoring to obtain. However, the attached communications with YN1 (Yeoman First Class) Rodfong from April 10 and with Investigator Xavier Luna from June 24 show that Ms. Mathieu did, in fact, inform the military about the criminal case on multiple occasions. Ms. Mathieu also recalls her Pre-Trial officer informing her that someone from the military had called for information about her case. Furthermore, the fact that the military approved her SF-86 background check form in August for five more years (see email) shows that the military has chosen to keep her employed with full knowledge of the matter.

If allowed to travel, the Court can certainly direct Ms. Mathieu to bring a copy of the Minute Entry regarding her sentencing, or the Judgement if available, to her Commanding Officer to erase all doubt as to her current status.

I am hoping that, with this additional information, the Court will endorse Ms. Mathieu's travel request.

Respectfully submitted,

Peter E. Brill


1:24
10m
32
3329
I thank God for you and the blessing
and the
joy of Chri birth. Praying your
heart is f h peace, hope, a
love toda lways.
Love papa
Y
YN1 Rodfong
Edited
Fri, Apr 10 at 3:01 PM
Information - filed.pdf
PDF Document · 101 KB
PDF
Hey YN1
Good Afternoon & please see the attached as we discussed prior
So you can update my file
Went to court yesterday & here's the info

10:51 17m 72

4 Messages

# Federal Background Investigation Interview- URGENT - Department of Defense

DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY

## Federal Background Investigation Interview Request

[06/18/2026]

Hello,

My name is Xavier Luna and I am a Special Agent with the Department of Defense, Defense Counterintelligence and Security Agency. I am contacting you in regards to your federal background investigation. A time for your interview needs to be arranged. The background investigation interview will be conducted virtually via Microsoft Teams. Please contact me directly at your earliest convenience to schedule a date and time for your virtual interview. Please see my contact information below.

RESOURCES

If you would like to verify my status as a Special Agent/ ...gator with DCSA or to ... identity of any other ...ors, please call (878) 274-1186 or email dcsa.boyers.bi.mbx.investigator-


11:56
5G UW 5
3329
+1 (347) 244-2540
iMessage
Encrypted
Tue, Jun 23 at 4:09 PM
Good afternoon, this is Special Agent Luna. Your mailbox is full and cannot accept messages. Please give me a call back at your earliest convenience, thank you.
Ok will call in 5 mins please
I saw you calling
Wed, Jun 24 at 10:39 AM
Good Morning Special Agent Luna
The dates that the offense took place as I read the report states: Dec 2022 to March 2024.
Fri, Jul 17 at 1:11 PM
Good afternoon Ms. Mathieu, please give me a call at your earliest convenience. Thank you
Tue, Jul 21 at 2:07 PM
Good Afternoon Special Agent Luna,
Here is my CO's info:
LCDR Mike Foley
410-419-6560
iMessage

**BLG Mail** < pbrill@brill-legal.com >

**Fwd: SF-86 Reviewed**

**Leah Mathieu < lmathieu@live.com >**
Wed, 16 Sep 2026 11:43:39 AM -0400

To "pbrill@brill-legal.com"<pbrill@brill-legal.com>

This is the only information, I received from the investigation of my case which means gtg.
Sent from my iPhone

Begin forwarded message:

**From:** "Houston, Crystal N CIV (USA)" <crystal.n.houston2.civ@us.navy.mil>
**Date:** August 20, 2026 at 9:22:10 AM EDT
**To:** LMATHIEU@live.com
**Cc:** "Mathieu, Leah C PO3 USN (USA)" <leah.c.mathieu.mil@us.navy.mil>, NRC_NYC_SECURITY <nrc_nyc_security@us.navy.mil>, "Li, Kangmin PO1 USN (USA)" <kangmin.li.mil@us.navy.mil>
**Subject: RE: SF-86 Reviewed**

Good Day,
Your SF-86 was accepted and your PVQ (SF-86)date is 24JUN2026. You will be due for a new SF-86 five years from that date.

Mrs. Crystal N. Houston (Civilian)
Semper Fidelis!
Security Department
Navy Reserve Center, Washington DChttps://dod.teams.microsoft.us/l/chat/0/0?users=crystal.n.king.civ@us.navy.mil
3282 East Perimeter Road
Joint Base Andrews, MD 20762-5518
nrc-dc-security@us.navy.mil
240-857-4216

Please provide us feedback so that we may continue to improve.
NRC Washington DC ICE Comment

**Each person going on OCONUS travel** - for any reason - needs to fill out the Pre-Foreign Travel Briefing in the CNIFR SSO Information and Action Page.
https://private.navyreserve.navy.mil/cnifr/Security_Office/SECURITY_ACTIONS/Pages/default.aspx

(To navigate to the page, go to My Navy Reserve Homeport, click on Commands,
CNIFR, N01S Security, SSO Information and Actions)

For personnel with SCI
Eligibility, when asked to choose their Security Office, they need to choose
the appropriate SSO_NAVRES_REDCEN; and for all others, they need to choose
their appropriate REDCOM Security Manager. (For NRC DC: Secret Clearance holders choose:
RCC MA-NORFOLK SECURITY OFFICER)

---

**From:** Houston, Crystal N CIV (USA)
**Sent:** Wednesday, August 12, 2026 3:48 PM
**To:** lmathieu@live.com
**Cc:** Mathieu, Leah C PO3 USN (USA) <leah.c.mathieu.mil@us.navy.mil>; NRC_NYC_SECURITY <nrc_nyc_security@us.navy.mil>; Li, Kangmin PO1 USN (USA) <kangmin.li.mil@us.navy.mil>
**Subject:** SF-86 Reviewed

Good Day,
I've submitted your SF-86 to REDCOM for authorization and will keep you updated

Incident Report entered in DISS to be adjudicated for your Financial Record answer for debt owed to NFCU for vehicle

YN1 Li,

Please review – I entered an IR for members answer to the Finacial Record Section of the SF-86 – attached the SF-86 and the signature pages to the IR

Mrs. Crystal N. Houston (Civilian)
Semper Fidelis!
Security Department
Navy Reserve Center, Washington DChttps://dod.teams.microsoft.us/l/chat/0/0?users=crystal.n.king.civ@us.navy.mil
3282 East Perimeter Road
Joint Base Andrews, MD 20762-5518
nrc-dc-security@us.navy.mil
240-857-4216

Please provide us feedback so that we may continue to improve.
NRC Washington DC ICE Comment

**Each person going on OCONUS travel** - for any reason - needs to fill out the
Pre-Foreign Travel Briefing in the CNIFR SSO Information and Action Page.
https://private.navyreserve.navy.mil/cnifr/Security_Office/SECURITY_ACTIONS/Pages/default.aspx
(To navigate to the page, go to My Navy Reserve Homeport, click on Commands,
CNIFR, N01S Security, SSO Information and Actions)

For personnel with SCI
Eligibility, when asked to choose their Security Office, they need to choose
the appropriate SSO_NAVRES_REDCEN; and for all others, they need to choose
their appropriate REDCOM Security Manager. (For NRC DC: Secret Clearance holders choose:
RCC MA-NORFOLK SECURITY OFFICER)

Case 1:26-cr-00137-NRB Document 16-1 Filed 09/16/26 Page 6 of 6